AUGUST CAPPEL, APPELLEE, V. HENRY JOHNSON ET AL., APPELLANTS.

FILED JULY 9, 1930. No. 27342.

*Scott & Scott,* for appellants.

*C. D. Ritchie, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM:

Plaintiff brought this action to enjoin defendants from trespassing upon certain land along the Republican river and to quiet title to a portion of an island in the river. The district court for Red Willow county found in favor of plaintiff and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.